MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for FABIAN FIGUEROA-AYALA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-10-391 JAM |
| Plaintiff, | ) |
|  | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE STATUS |
|  | ) CONFERENCE |
| ORLANDO LARA-PENALOZA, et al | ) |
|  | ) Date: 1-25-11 |
| Defendants. | ) Time: 9:30 a.m. |
| ==============================) | Judge: Hon. John A. Mendez |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, Steve Teich, attorney for defendant Sergio Murillo-Valencia, Jesse Garcia, attorney for defendant Hector Salazar-Borrayo, Michael Long, attorney for defendant Fabian Figueroa-Ayala, John Virga, attorney for defendant Fausto Diaz-Lozano and Chris Haydn-Myer, attorney for Martin Solorio, that the status conference date of December 7, 2010, should be continued until January 25, 2011.  The continuance is necessary for each attorney to review the voluminous discovery provided by the government, to continue the defense investigation and to continue to engage in negotiations with the government.  [In conversing with AFD Jeff Staniels and John Virga, it is understood that in the Mr. Virga is in the process of filing a substitution of attorneys for Fausto Diaz-Lozano and the Mr. Virga already has the discovery.]

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of January 25, 2011, be excluded in computing the time

-1-

PDF created with pdfFactory trial version www.pdffactory.com

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

///

| | |
|---|---|
| Dated:  December 2, 2010 | Respectfully submitted, |
| | /s/ Michael D. Long_____<br>MICHAEL D. LONG<br>Attorney for Fabian Figueroa-Ayala |
| Dated: December 2, 2010 | /s/ Steve Teich_____ .<br>Steve Teich<br>Attorney for Sergio Murillo-Valencia |
| Dated: December 2, 2010 | /s/ Jesse Garcia_____ .<br>JESSE GARCIA<br>Attorney for Hector Salazar-Borrayo |
| Dated: December 2, 2010 | /s/ John Virga_____ .<br>JOHN VIRGA<br>Attorney for Fausto Diaz-Lozano |
| Dated: December 2, 2010 | /s/ Chris Haydn-Myer_____ .<br>CHRIS HAYDN-MYER<br>Attorney for Martin Solorio |
| Dated:  December 2, 2010 | BENJAMIN WAGNER<br>United States Attorney |
| | /s/ Michael Beckwith____<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney |

-2-

PDF created with pdfFactory trial version www.pdffactory.com

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-10-391 JAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ORLANDO LARA-PENALOZA, et al., | ) | Date: 1-25-2011 |
| Defendants. | ) | Time: 9:30 a.m. |
| ==============================) | | Judge: Hon. John A. Mendez |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 7, 2010, at 9:30 a.m. be continued to January 25, 2011, at 9:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to January 25, 2011, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

Dated:  December 6, 2010                    /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com