BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-2:10-0391 JAM |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) ) | |
| SERGIO MURILLO-VALENCIA, FABIAN FIGUEROA-AYALA, FAUSTO DIAZ-LOZANO, MARTIN SOLORIO, and HECTOR SALAZAR-BORRAYO, | ) ) ) ) ) ) ) | |
| Defendants. | ) | Hon. John A. Mendez |

The parties request that the status conference currently set for June 7, 2011, be continued to June 28, 2011, and stipulate that the time beginning June 7, 2011, and extending through June 28, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due

1

1  diligence.   18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

2       The parties are in the process of discussing and negotiating

3  various pretrial dispositions.  Each defendant will need time to

4  consider any plea offer he or she may receive.  Additionally,

5  counsel for each defendant needs more time to review the

6  discovery in this case, discuss that discovery with their

7  respective clients, consider evidence that may affect the

8  disposition of this case, and discuss with their clients how to

9  proceed.  The parties stipulate and agree that the interests of

10  justice served by granting this continuance outweigh the best

11  interests of the public and the defendants in a speedy trial.  18

12  U.S.C. § 3161(h)(7)(A).

13                                   Respectfully Submitted,

14                                   BENJAMIN B. WAGNER
                                     United States Attorney
15

16  Dated: June 6, 2011         By:/s/ Michael M. Beckwith
                                     MICHAEL M. BECKWITH
17                                   Assistant U.S. Attorney

18
    Dated: June 6, 2011         By:/s/ Steve Emery Teich
19                                   STEVE EMERY TEICH
                                     Attorney for defendant
20                                   Sergio Murillo-Valencia

21
    Dated: June 6, 2011         By:/s/ Michael D. Long
22                                   MICHAEL D. LONG
                                     Attorney for defendant
23                                   Fabian Figueroa-Ayala

24
    Dated: June 6, 2011         By:/s/ John E. Virga
25                                   JOHN E. VIRGA
                                     Attorney for defendant
26                                   Fausto Diaz-Lozano

27  ///

28  ///

                                   2

Dated: June 6, 2011                    By:/s/ Christopher Haydn-Myer
                                          CHRISTOPHER HAYDN-MYER
                                          Attorney for defendant
                                          Martin Solorio

Dated: June 6, 2011                    By:/s/ Jesse Garcia
                                          JESSE GARCIA
                                          Attorney for defendant
                                          Hector Salazar-Borrayo


                              **ORDER**

     The status conference in case number CR. S-2:10-0391 JAM,

currently set for June 7, 2011, is continued to June 28, 2011,

and the time beginning June 7, 2011, and extending through June

28, 2011, is excluded from the calculation of time under the

Speedy Trial Act.  The Court finds that interests of justice

served by granting this continuance outweigh the best interests

of the public and the defendants in a speedy trial.  18 U.S.C. §

3161(h)(7)(A).


IT IS SO ORDERED.


Dated: 6/6/2011                        /s/ John A. Mendez
                                       JOHN A. MENDEZ
                                       United States District Judge