```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S 2:10-0391 JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) RESETTING STATUS CONFERENCE, |
| v. | ) AND EXCLUDING TIME UNDER THE |
| | ) SPEEDY TRIAL ACT |
| HECTOR SALAZAR-BORRAYO, | ) |
| SERGIO MURILLO-VALENCIA, | ) |
| FABIAN FIGUEROA-AYALA, and | ) |
| FAUSTO DIAZ-LOZANO, | ) |
| | ) |
| Defendants. | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Hector Salazar-Borrayo, through his counsel of record, Jesse Garcia, defendant Sergio Murillo-Valencia, through his counsel of record, Steve E. Teich, Fabian Figueroa-Ayala, through his counsel of record, Michael D. Long, and Fausto Diaz-Lozano, through his counsel of record, Clemente M. Jimenez,  hereby stipulate and agree that the status conference set for January 10,

1

1 | 2012, be continued to February 28, 2012, at 9:30 a.m.
2 |      The parties need additional time for preparation.  Therefore,
3 | the parties have agreed and respectfully request that the Court set
4 | the date of February 28, 2012, at 9:30 a.m., for the status
5 | conference.  Accordingly, the parties stipulate that time be
6 | excluded pursuant to  Local Code T4 - additional time to prepare.
7 | IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: January 9, 2012        By:  /s/Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

DATED: January 9, 2012        By:  /s/ Jesse Garcia
                                   JESSE GARCIA
                                   Attorney for Defendant
                                   HECTOR SALAZAR-BORRAYO

DATED: January 9, 2012        By:  /s/ Steve Teich
                                   STEVE TEICH
                                   Attorney for Defendant
                                   SERGIO MURILLO-VALENCIA

DATED: January 9, 2012        By:  /s/ Michael Long
                                   MICHAEL LONG
                                   Attorney for Defendant
                                   FABIAN FIGUEROA-AYALA

DATED: January 9, 2012        By:  /s/ Clemente Jimenez
                                   CLEMENTE JIMENEZ
                                   Attorney for Defendant
                                   FAUSTO DIAZ-LOZANO

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The Court finds excludable time as set forth above to and including February 28, 2012.

**IT IS SO ORDERED.**

DATED: 1/9/2012

_____/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3