```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>HECTOR SALAZAR-BORRAYO,<br><br>            Defendant. | ) CR S 2:10-0391 JAM<br>)<br>) STIPULATION AND ORDER<br>) RESETTING CHANGE OF PLEA HEARING<br>) AND EXCLUDING TIME UNDER THE<br>) SPEEDY TRIAL ACT<br>)<br>)<br>)<br>)<br>) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Hector Salazar-Borrayo, through his counsel of record, Jesse J. Garcia, hereby stipulate and agree that the Change of Plea Hearing set for April 10, 2012, be continued to April 24, 2012 at 9:30 a.m., and that the time beginning April 10, 2012, and extending through April 24, 2012, be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161. The exclusion of time is appropriate due to the defense counsels need to prepare. 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code

1

T4.  A continuance is necessary in this case to ensure defense counsel's effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

IT IS SO STIPULATED.

                                      BENJAMIN B. WAGNER  
                                      United States Attorney

Dated: April 10, 2012        By:  /s/Michael M. Beckwith  
                                        MICHAEL M. BECKWITH  
                                        Assistant U.S. Attorney  
                                        Attorney for Plaintiff

DATED: April 10, 2012        By:  /s/ Jesse J. Garcia  
                                        JESSE J. GARCIA  
                                        Attorney for Defendant  
                                        HECTOR SALAZAR-BORRAYO

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for Change of Plea Hearing as set forth above.

The Court finds excludable time as set forth above to and including April 24, 2012.

**IT IS SO ORDERED.**

DATED: 4/10/2012

_____/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE