| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, Bar #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-391 JAM |
| Plaintiff, | **NOTICE OF NON-SUPPLEMENTATION OF DEFENDANT'S PRO SE MOTION; ORDER** |
| v. | |
| HECTOR SALAZAR-BORRAYO, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge: Hon. JOHN A. MENDEZ |

Pursuant to General Order 546, the Federal Defender's Office is appointed to represent Mr. Hector Salazar-Borrayo on a motion for sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782. Please take notice that the Office of the Federal Defender will not file a supplement to the defendant's pro se motion, filed on March 14, 2017 (CR #239), and the Federal Defender's Office hereby requests withdrawal as counsel in this matter.

If the Court wishes to appoint CJA Panel Counsel to represent the defendant, attorney, Erin Radekin, is available for appointment and a proposed order is attached for the Court.

Dated: March 20, 2017

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

                *s/ Hannah R. Labaree*
                HANNAH R. LABAREE
                Assistant Federal Defender

## **ORDER**

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel Attorney, Erin Radekin, is hereby appointed effective, March 17, 2017 the date the Office of the Federal Defender first contacted her.

Dated: March 21, 2017

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge