# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:10CR00391-03 |
| HECTOR SALAZAR-BORRAYO ) | |
| ) | USM No: 13438-111 |
| Date of Original Judgment: 1/29/2013 ) | |
| Date of Previous Amended Judgment: ) | ERIN RADEKIN |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   174   months **is reduced to**   168 months   .

Except as otherwise provided, all provisions of the judgment dated   1/29/2013   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   4/25/2019                                       /s/ John A. Mendez
                                                                                 *Judge's signature*

Effective Date:                                                  John A. Mendez, U. S. District Court Judge
   *(if different from order date)*                        *Printed name and title*