# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> HECTOR SALAZAR-BORRAYO <br> Date of Original Judgment: 1/29/2013 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | **CORRECTED** <br><br> Case No:　2:10cr00391-03 <br><br> USM No:　13438-111 <br><br> ERIN RADEKIN <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

　　Upon motion of　☒ the defendant　☐ the Director of the Bureau of Prisons　☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　　☐ DENIED.　☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of　174　months **is reduced to**　168 MONTHS　.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated　2/7/2013　shall remain in effect.
**IT IS SO ORDERED.**

Order Date:　4/29/2019　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

Effective Date:　　　　　　　　　　　　　　　　　　John A. Mendez, U. S. District Court Judge
*(if different from order date)*　　　　　　　　　　　*Printed name and title*