McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/Respondent,<br><br>　v.<br><br>HECTOR SALAZAR-BORRAYO,<br><br>　　　　　Defendant/Movant. | CASE NO. 2:10-CR-00391-JAM<br><br>ORDER GRANTING EXTENSION OF TIME |

On January 29, 2021, Respondent requested a 13-day extension of time to file its response or opposition to Defendant Hector Salazar-Borrayo's *pro se* Motion for Compassionate Release.

IT IS HEREBY ORDERED that Respondent's request for a 13-day extension is granted. The response is now due February 11, 2021.

DATED: February 3, 2021　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

ORDER